IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA CURRAN,<br><br>      *Plaintiff*,<br><br>v.<br><br>ETHICON, INC., *et al.*,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 19-05755 |

## ORDER

**AND NOW**, this 16th day of March 2020, upon consideration of Virginia Curran's Motion to Remand (ECF No. 4), Defendants' Response (ECF No. 7), Curran's Reply (ECF No. 10), Defendants' Motion to Dismiss or Transfer Venue (ECF No. 5), Curran's Response (ECF No. 9) and Defendants' Reply (ECF No. 13), it is **ORDERED** that:

1) Curran's Motion to Remand (ECF No. 4) is **DENIED**;

2) Defendants' Motion to Dismiss or Transfer Venue (ECF No. 5) is **GRANTED** as to the request to transfer venue and **DENIED as moot** in all other respects;

3) The case is **TRANSFERRED** under 28 U.S.C. § 1404(a) to the United States District Court for the District of Rhode Island; and

4) The Clerk of Court shall **PROVIDE** the United States District Court for the District of Rhode Island with the complete casefile and **MARK** this case **CLOSED**.

1

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.